| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13    ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Craig** <br> First name <br><br> **Allen** <br> Middle name <br><br> **Ponder, Sr.** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7170** | |

Debtor 1  **Craig Allen Ponder, Sr.** _____  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | **7006 Olde Sycamore Dr.**<br>**Charlotte, NC 28227**<br>Number, Street, City, State & ZIP Code<br><br>**Mecklenburg**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   **Craig Allen Ponder, Sr.**                                                       Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Craig Allen Ponder, Sr.**                                           Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Craig Allen Ponder, Sr.**
Name of business, if any

**13000 S. Tryon St.**
**Suite F120**
**Charlotte, NC 28278**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

Debtor 1  **Craig Allen Ponder, Sr.** _____   Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**           page 5

Debtor 1    **Craig Allen Ponder, Sr.**            Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

- 16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
  - ■ No. Go to line 16b.
  - ☐ Yes. Go to line 17.

- 16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
  - ■ No. Go to line 16c.
  - ☐ Yes. Go to line 17.

- 16c. State the type of debts you owe that are not consumer debts or business debts
  **Primarily itigation & business debt**

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ■ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ■ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Craig Allen Ponder, Sr.**
**Craig Allen Ponder, Sr.**            Signature of Debtor 2
Signature of Debtor 1

Executed on   **July 31, 2024**            Executed on
           MM / DD / YYYY                        MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Rashad Blossom**          Date   **July 31, 2024**
Signature of Attorney for Debtor          MM / DD / YYYY

**Rashad Blossom 45621**
Printed name

**Blossom Law PLLC**
Firm name

**301 S. McDowell St.**
**Suite 1103**
**Charlotte, NC 28204**
Number, Street, City, State & ZIP Code

Contact phone  **704-256-7766**          Email address  **rblossom@blossomlaw.com**

**45621 NC**
Bar number & State

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Craig Allen Ponder, Sr.**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 31, 2024**

**/s/ Craig Allen Ponder, Sr.**
**Craig Allen Ponder, Sr.**
Signature of Debtor

Craig Allen Ponder, Sr.
7006 Olde Sycamore Dr.
Charlotte, NC 28227

Alaina Bixon
2426 South Palm Canyon Dr
Palm Springs, CA 92264

American General Life Insurance C
2727-A Allen Parkway
Houston, TX 77019

Rashad Blossom
Blossom Law PLLC
301 S. McDowell St.
Suite 1103
Charlotte, NC 28204

Alaina Bixon
1775 E Palm Canyon Dr
Suite 110-10
Palm Springs, CA 92264

Anderson Business Advisors
3225 McLeod Dr.
Las Vegas, NV 89121

AAI Pacific Holding Trust
8470 Allison Pointe Blvd
Indianapolis, IN 46250

Albert Luck
505 Topside Place
Diamond Bar, CA 91765

Andrew Castro
8462 Sunset Trail Place # E
Rancho Cucamonga, CA 91730

Accordia Life
Attn: Bankruptcy
PO Box 30503
Nashville, TN 37230

Allianz Life Insurance Company
of North America
PO Box 59060
Minneapolis, MN 55459-0060

Angelina Mendoza
2595 Falling Oak Dr
Riverside, CA 92506

Accordia Life & Annuity Company
PO Box 30503
Nashville, TN 37230

Allianz Life Insurance Company
of North America
5701 Golden Hills Dr
Minneapolis, MN 55416

Angelina Monteon
3199 Valleyview Ave
Norco, CA 92860

Accordia Life & Annuity Company
215 10th St
Ste 1100
Des Moines, IA 50309

Alpine Capital Managment, LLC
711 5th Avenue South #212
Naples, FL 34102

Anita Queen
1131 N. Dreden st
Anaheim, CA 92801

Action Property Management
Attn: Bankruptcy
2603 Main St. Suite 500
Irvine, CA 92614

Alpine Loan Servicing, LLC
1848 N. Alabama St.
Indianapolis, IN 46202

Anthony Pietersz
#24 Rancho Navato Dr.
Pomona, CA 91766

ADT Security Systems Inc.
1501 Yamato Road
Boca Raton, FL 33431-4438

Alternative Recovery M
8204 Parkway Drive #9
La Mesa, CA 91942

Atanacio Fajardo
2647 Hudson Ave
Corona, CA 92881

Aida Guzman
7619 Belpine Pl
Rancho Cucamonga, CA 91730

American Alternative Investments, LLC
8470 Allison Pointe Blvd Ste 250
Indianapolis, IN 46250

Audrey Miller
3582 Lehigh Cir
Corona, CA 92881

Bank of America
Attn: Bankruptcy
PO Box 982234
El Paso, TX 79998

Benyapa Feig
2156 Driver Lane
La Verne, CA 91750

Bridget A. Moorehead
Selman Leichenger Edson Hsu New
Moore LLP
225 Broadway, Suite 1460
San Diego, CA 92101

Bank of America
4909 Savarese Circle
FL1-908-01-50
Tampa, FL 33634

Bernardo Feig
6010 Gleneagles Ct
Redding, CA 96003

CA Department of Insurance
PO Box 1799
Sacramento, CA 95812-1799

Bank of America
Attn: Bankruptcy
PO Box 105576
Atlanta, GA 30348

Betty St Julian
116 Kansas Street
Lafayette, LA 70501

California Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Bankers Healthcare Group, LLC
Attn: Bankruptcy
10234 W. State Road 84
Fort Lauderdale, FL 33324

Betty St Julian
7389 Florida Blvd #200A
Baton Rouge, LA 70806

California Coast Credit Union
Attn: Bankruptcy
PO Box 502080
San Diego, CA 92150

Barbara Jones
16398 Abedul Street
Moreno Valley, CA 92551

Beverly Bowman
5883 Redhaven St.
Corona, CA 92880

California Department of Insurance
Legal Division
1901 Harrison St., 4th Floor
Oakland, CA 94612

Barry Wilkens
10815 Rancho Bernardo Rd.
Ste. 380
San Diego, CA 92127

Bill Hanna
5428 Covina Pl
Rancho Cucamonga, CA 91739

California Franchise Tax Board
Bankruptcy Unit
PO Box 2952, MS A-340
Sacramento, CA 95812-2952

Beattie B. Ashmore
Receiver Kohn-FIP
PO Box 9019
Greenville, SC 29604

BMW Financial Services
Attn: Bankruptcy/Correspondence
PO Box 3608
Dublin, OH 43016

Capital Assist, LLC
Attn: Bankruptcy
243 Tresser Blvd
17th Floor
Stamford, CT 06901

Bentley Financial Services
Attn: Bankruptcy
One Porsche Dr.
Atlanta, GA 30354

Brian Menefee
7440 McLennan Ave
Van Nuys, CA 91406

Capital Assist, LLC
Attn: Bankruptcy
25055 Crestview Dr
Loma Linda, CA 92354

Benyapa Feig
6010 Gleneagles Ct
Redding, CA 96003

Brian Menefee
3500 W Manchester Blvd
Inglewood, CA 90305

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Carlton Walker
3809 W. Cornelison Street
Wichita, KS 67203

Charles Cooper
7448 Blythe St
Rancho Cucamonga, CA 91739

Cynthia Humphreys
1614 Nausika Avenue
Rowland Heights, CA 91748

Carmen Navarrete
2893 Grey Fox Lane
Ontario, CA 91761

Charlotte VanDam
31606 NE Mershon Rd.,
Troutdale, OR 97060

Dan McAllister
County Treasurer - Tax Collector
San Diego County Administration C
1600 Pacific Hwy, Room 162
San Diego, CA 92101

Carrie & Mark Ermence
c/o Melinda Steuer
Law Offices of Melinda Jane Steuer
1107 Second Street, Ste. 230
Sacramento, CA 95814

Christopher Conway
1200 Abernathy Road
Suite 1700
Atlanta, GA 30328

Darlene Reid
1762 Eastgate Ave
Upland, CA 91784

Carrie Ermence
11000 Yorkshire Ln
Frisco, TX 75033

Citibank/Sears
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179

David DeMartini
2426 S. Palm Canyon Drive
Palm Springs, CA 92264

Catherine & John Fowler
c/o Melinda Steuer
Law Offices of Melinda Jane Steuer
1107 Second Street, Ste. 230
Sacramento, CA 95814

CloudFund LLC
Attn: Bankruptcy
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901

David Laatz
155 W Hermosa Pl Unit 24
Palm Springs, CA 92262

Catherine Fowler
49928 West Gail Ln
Maricopa, AZ 85139

Coastal Community Bank
Attn: Bankruptcy
PO Box 12220
Everett, WA 98206

Deann Beeman
5930 Carter Court
Chino, CA 91710

Cely Cobian
5662 Caliterra Ct
Corona, CA 92880

Corporation Service Company,
as Representative
Attn: Bankruptcy
PO Box 2576
Springfield, IL 62708-2576

Delores McClelland
1435 N Mountain Ave
Upland, CA 91786

CESC - COVID EIDL Service Center
Attn: Bankruptcy
14925 Kingsport Rd.
Fort Worth, TX 76155

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Delta Bridge Funding LLC
Attn: Bankruptcy
2875 NE 191st Street
Miami, FL 33180

Charlene Durham
213 San Antonio Circle
Placentia, CA 92870

Criton McClendon
5578 Eastwood Ave.
Rancho Cucamonga, CA 91737

Denice Singleton
1357 Philo Court
Upland, CA 91784

Donald Joyner
8026 Hemlock Ave
Fontana, CA 92336

Elvin Hoyt
9111 S Halldale Ave
Los Angeles, CA 90047

FinWise Bank
c/o Upstart
756 E. Winchester St.
Suite 100
Salt Lake City, UT 84107

Donya Queen-West
1225 W 104th St.
Los Angeles, CA 90044

Enos Baker
286 Heatherstone St
Henderson, NV 89052

Frank Rasada
47645 Via Montana
La Quinta, CA 92253

Eaton Escrow
Attn: Bankruptcy
2727 Camino del Rio S #2
San Diego, CA 92108

Equitrust Life Insurance Company
7100 Westown Pkwy Suite 200
West Des Moines, IA 50266

Fred & Teresa Akman
c/o Melinda Steuer
Law Offices of Melinda Jane Steue
1107 Second Street, Ste. 230
Sacramento, CA 95814

Ebbie Durham
213 San Antonio Circle
Placentia, CA 92870

ERC Pros
Attn: Bankruptcy
135 S Mountain Way Dr.
Suite 200
Orem, UT 84058

Fred Akman
4077 Chaminade Ct.
Claremont, CA 91711

Eddie Young
1803 Lakewood Avenue
Upland, CA 91784

Everest Business Funding
Attn: Bankruptcy
8200 NW 52nd Terrace, 2nd Floor
Miami, FL 33166

Frederick Kilguss
68160 Molinos Ct
Cathedral City, CA 92234

Edward Byrnes
765 Orange Hill Dr
Corona, CA 92881

Everest Business Funding
Attn: Bankruptcy
102 West 38th Street
6th Floor
New York, NY 10018

Frederick Tavares Jr.
80083 Bay Bridge Dr
Indio, CA 92201

Eileen Eske
73331 Oriole Court
Palm Desert, CA 92260

Fay Mason
5923 Ashley Falls Lane
Flowery Branch, GA 30542

Fumiko Fisher-Fosdick
25118 Village 25
Camarillo, CA 93012

Elizabeth J. Campbell
Womble Bond Dickinson
1331 Spring Street NW, Suite 1400
Atlanta, GA 30309

Felecia Johnson
2629 W. Alondra Blvd.,
Compton, CA 90220

Fund Box Inc.
Attn: Bankruptcy
5760 Legacy Dr.
Ste. B3-535
Plano, TX 75024

Elizabeth Kwarteng
7917 Ivy Park Dr
Fortson, GA 31808

Fidelity & Guaranty Life Insurance
Company
801 Grand Ave
Suite 2600
Des Moines, IA 50309

Fundbox
5760 Legacy Dr, Ste B3-535
Plano, TX 75024

FWI Alternative Marketing, LLC
13000 S. Tryon St.
Suite F120
Charlotte, NC 28278

Hawthorne Management Company
PO Box 1058
Commerce, GA 30529

Irene Brummett
74934 Chateau Cir
Indian Wells, CA 92210

George Stock
79195 Bermuda Dunes
Indio, CA 92203

HGI
Attn: Bankruptcy
11405 Old Roswell Rd.
Alpharetta, GA 30009

Irene Paez
695 Alhambra Ct
Rancho Cucamonga, CA 91739

Georgia Duffy
148 Las Lomas
Palm Desert, CA 92260

Hugh Duffy
148 Las Lomas
Palm Desert, CA 92260

Irene Serrano
4366 Gettysburg St
Chino, CA 91710

Gradient Financial Group
Attn: Bankruptcy
4105 Lexington Ave. N
Saint Paul, MN 55126

Ignacio Arredondo
51333 Longmeadow St
Indio, CA 92201

Ivonne Delarosa
2220 Calle Liseta
San Dimas, CA 91773

Gradient Financial Group, LLC
4105 Lexington Avenue N
Saint Paul, MN 55126

Inez Garcia
78740 Avenida La Fonda
La Quinta, CA 92253

IWG Legal Collection Team fka R
Attn: Bankruptcy
15305 Dallas Pkwy Ste 1500
Addison, TX 75001-6768

Gradient Insurance Brokerage Inc
4105 Lexington Avenue North, Suite 360
Saint Paul, MN 55126

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jairo Martinez
22904 Rio Lobos Rd.
Diamond Bar, CA 91765

Great American Insurance Company
301 E 4th St
Cincinnati, OH 45202

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

James & Patricia Ackerman
c/o Melinda Steuer, Esq.
1107 Second Street, Ste. 230
Sacramento, CA 95814

Grover Pankey
624 W 16th St.
Upland, CA 91784

Irene & Jesus Serrano
c/o Melinda Steuer
Law Offices of Melinda Jane Steuer
1107 Second Street, Ste. 230
Sacramento, CA 95814

James Ackerman
22338 E Escalante Rd
Queen Creek, AZ 85142

Guaranty Income Life Insurance Company
2638 S Sherwood Forest Blvd #200
Baton Rouge, LA 70816

Irene Brummett
44113 Royal Troon Dr.
Indio, CA 92201

James Bowman
5883 Redhaven St.
Corona, CA 92880

James Harrison
117 Tanglewood Trl
Palm Desert, CA 92211

Johannes Windhorst
3237 Hillview Dr South
Chino, CA 91710

Justin Andrew
2470 W. Edgewater Way
Apt. 3038
Chandler, AZ 85248

James Kevin Zimmer
82845 Kingsboro Lane
Indio, CA 92201

John Dyck
547 E Bonniebrae Ct
Ontario, CA 91764

Kar-la' Gates
9 Quiet Canyon Circle
Pomona, CA 91766

James Lewis
2730 S Sultana Ave
Ontario, CA 91761

John Fowler
49928 West Gail Ln
Maricopa, AZ 85139

Karen Cook
3781 Ermine Dr.
Chino Hills, CA 91709

Javier Navarrete
2893 Grey Fox Lane
Ontario, CA 91761

Joseph Calmelat
4705 Esperanza Drive
La Verne, CA 91750

Karen Zimmer
82845 Kingsboro Lane
Indio, CA 92201

Jeffrey Lewis
5636 Corte Vallarta
Hemet, CA 92545

Joseph Keller
64910 Montevideo Way
Palm Springs, CA 92264

Kemwana Luck
505 Topside Place
Diamond Bar, CA 91765

Jesus Serrano
4366 Gettysburg St
Chino, CA 91710

Joyce Sharpe
21200 Kittridge Street #3139
Canoga Park, CA 91303

Kenley Fritts
759 Broadmoor Dr.
San Jose, CA 95129

Jim Crosby, Esq.
550 West C St.
San Diego, CA 92101

Judith Abbruzzese
40-166 Calle Ebano
Indio, CA 92203

Kim Hughes
2015 Desert Lime Ct.
Redlands, CA 92374

Jimmy Metters
3740 Pinto Pl
Ontario, CA 91761

Julie Scher
Harvest LLP
12636 High Bluff Drive
Suite 400
San Diego, CA 92130

Knightsbridge Funding LLC
Attn: Bankruptcy
40 Wall St.
New York, NY 10005-1304

Jo Anne Calmelat
3772 Live Oak Dr
Pomona, CA 91767

Justin Andrew
44213 W Lindgren Dr.
Maricopa, AZ 85138

Knightsbridge Funding LLC
Attn: Bankruptcy
1706 Ave M
Brooklyn, NY 11230

L. Richard Walton
Walton & Walton, LLP
13700 Marina Pointe Drive, Suite 920
Marina Del Rey, CA 90292

Linda Miller
9476 Glenaire Ct
Rancho Cucamonga, CA 91730

Marilyn Ibanez
375 Lee Avenue
Claremont, CA 91711

Lalita Remedios
11675 Portofino Dr.
Rancho Cucamonga, CA 91701

Lonnie Reid
1762 Eastgate Ave
Upland, CA 91784

Marion Patterson
1931 Pinecrest Dr.
Corona, CA 92882

Laura Callejo-Ceja
2220 Calle Liseta
San Dimas, CA 91773

Loriann Wysocki
314 Walnut Grove Ln.
Coppell, TX 75019

Marissa Ignatowoch
Attn: Bankruptcy
c/o Med Direct Capital LLC
138 N. Swinton Ave.
Delray Beach, FL 33444

Laura Callejo-Ceja
6507 Issac Ct
Chino, CA 91710

Luke McClelland
1435 N Mountain Ave
Upland, CA 91786

Marites Martinez
22904 Rio Lobos Rd.
Diamond Bar, CA 91765

Lauren Hoyt
911 South Halldale Ave.
Los Angeles, CA 90047

Lynn Diaz
1319 Via Esperanza
San Dimas, CA 91773

Mariyam Rahbari
11729 White Mountain Ct
Rancho Cucamonga, CA 91737

Lawrence Whitfield
3500 W Manchester Blvd Unit 36
Inglewood, CA 90305

Maria Fajardo
2647 Hudson Ave
Corona, CA 92881

Mark Erickson
10287 Southridge Dr
Rancho Cucamonga, CA 91737

Legacy Energy Group, LLC
58 Winchester Street
Warrenton, VA 20186

Maria Jiron
5640 Stoneview Rd.
Rancho Cucamonga, CA 91739

Mark Ermence
11000 Yorkshire Ln
Frisco, TX 75033

Legacy Retirement & Estate Planning
Firm, Inc.
13000 S. Tryon St.
Suite F120
Charlotte, NC 28278

Maria Kirkbride
PO Box 1418
Idyllwild, CA 92549

Mark Farber
1456 W Arrow Hwy
Upland, CA 91786

Lewis McClelland
1435 N Mountain Ave
Upland, CA 91786

Maria Perez
401 Rushmore Drive
Corona, CA 92879

Marsha Mihara
759 Broadmoor Dr.
San Jose, CA 95129

Marshall Haskins
1603 W Imperial Hwy
Los Angeles, CA 90047-4811

Med Direct Capital LLC
138 N. Swinton Ave.
Delray Beach, FL 33444

Misae Gilbert
31606 NE Mershon Rd.
Troutdale, OR 97060

Martin Aguirre
1488 Greenwich Drive
Riverside, CA 92501

Melinda Leduff Menefee
7440 McLennan Ave
Van Nuys, CA 91406

Mischella Colbert-Jackson
7211 Haven Ave
Ste E177
Rancho Cucamonga, CA 91701

Mary Rasada
47645 Via Montana
La Quinta, CA 92253

Melinda Leduff Menefee
3500 W Manchester Blvd
Inglewood, CA 90305

MRC/United Wholesale Mortgage
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Massmutual Ascend Life Insurance Company
301 East 4th St
Cincinnati, OH 45202

Mercedes - Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Nancy Stock
79195 Bermuda Dunes
Indio, CA 92203

MassMutual Ascend Life Insurance Company
PO Box 5420
Cincinnati, OH 45201

Meridian Trust Services LLC
3209 W Smith Valley Rd, Suite 106
Greenwood, IN 46142

National Western Life
Attn: Bankruptcy
10801 N Mopac Expy. Bldg. 3
Austin, TX 78759

Mathis Brothers Cred
Attn: Bankruptcy
3434 W. Reno Ave.
Oklahoma City, OK 73107

Merrick Bank Corp
PO Box 9201
Old Bethpage, NY 11804

National Western Life Insurance C
10801 N Mopac Expy
Austin, TX 78759

Max Recovery Group LLC
Attn: Bankruptcy
55 Broadway, 3rd Floor
New York, NY 10006

Michael Cook
79240 Violet Ct
La Quinta, CA 92253

National Western Life Insurance C
8300 Mills Civic Pkwy
West Des Moines, IA 50266

Mayren Arredondo
51333 Longmeadow St
Indio, CA 92201

Michael McDow
1633 W. 70th St.
Los Angeles, CA 90047

Negda Cala
94 Emerald Lake Drive
Palm Coast, FL 32137

Mecklenburg County Tax Collector
Office of the Tax Collector
Tax Bankruptcy Section
P.O. Box 31637
Charlotte, NC 28231-1637

Minnesota Life
Attn: Bankruptcy
400 Robert Street North
Saint Paul, MN 55101-2098

Nelson Togerson
51-213 Longmeadow Street
Indio, CA 92201

New Vista Capital LLC
Attn: Bankruptcy
232 Clifton Ave
Lakewood, NJ 08701-3233

Pacific Life & Annuity Company
700 Newport Center Dr
Newport Beach, CA 92660

Rafael Telfer
41090 Anza Road
Temecula, CA 92592

New Vista Capital LLC
Attn: Bankruptcy
967 La Mesa Terrace, Suite F
Sunnyvale, CA 94086

Pacific Premier Bank
Attn: Bankruptcy
17901 Von Karman Avenue, Suite 1200
Irvine, CA 92614

Randal Clark
17370 San Mateo St Apt 4
Fountain Valley, CA 92708

Nina Joyner
12358 Maxon Lane
Chino, CA 91710

Pamela Turner
314 Perry Ellis Dr
Henderson, NV 89014

Randall Tumer
314 Perry Ellis Dr
Henderson, NV 89014

Nina Joyner
8026 Hemlock Ave
Fontana, CA 92336

Patricia Ackerman
22338 E Escalante Rd
Queen Creek, AZ 85142

Randy Beeman
5930 Carter Court
Chino, CA 91710

Norma Garcia
78740 Avenida La Fonda
La Quinta, CA 92253

Patrick Magee
67891 Valley Vista Dr
Cathedral City, CA 92234

Randy Doney
1083 Circulo San Sorrento Rd
Palm Springs, CA 92262

North American Company for Life
and Health Insurance
8300 Mills Civic Pkwy
West Des Moines, IA 50266

Peter Vignoli
162 E Radcliffe Dr
Claremont, CA 91711

Ray Lanowy
68160 Molinos Ct
Cathedral City, CA 92234

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Plaza Del Mar SD LLC
CM Management Services, Inc.
Attn: Bankruptcy
236 South Sierra, Suite 100
Solana Beach, CA 92075

Regent & Associates
Attn: Bankruptcy
500 Lovett Blvd., Suite 225
Houston, TX 77006

Orlando Cala
94 Emerald Lake Drive
Palm Coast, FL 32137

Ponder Financial & Retirement Firm, Inc.
7006 Olde Sycamore Dr.
Charlotte, NC 28227

Regent & Associates
500 Lovett Blvd Suite 225
Houston, TX 77006

Pacific Life
Attn: Bankruptcy
PO Box 2030
Omaha, NE 68103

Quinzella Pankey
624 W 16th St.
Upland, CA 91784

Regus
Attn: Bankruptcy
3281 E. Guasti Road
Suite 700
Ontario, CA 91761

Reliant Life Shares, LLC
Attn: Bankruptcy
15260 Ventura Blvd. #1200
Sherman Oaks, CA 91403

Roger Fosdick
25118 Village 25
Camarillo, CA 93012

Sampson MCA #2 LLC
Attn: Bankruptcy
17 State St. Suite 630
New York, NY 10004

Reliant Life Shares, LLC
15260 Ventura Boulevard, Suite 1200
Sherman Oaks, CA 91403

Roger Fosdick
564 Northpark Blvd
San Bernardino, CA 92407

Samson MCA LLC
Attn: Bankruptcy
17 State St., Suite 630
New York, NY 10004

Rene Rivera
1009 Maple Ct
Ontario, CA 91762-5933

Roger Kwarteng
7917 Ivy Park Dr
Fortson, GA 31808

San Diego Business Tax Program
Attn; Bankruptcy
PO Box 122289
San Diego, CA 92112

Resolute Capital Management, LLC
315 Montgomery St
Suite 800
San Francisco, CA 94104

Roland Walker
1555 Sonora Ct
Palm Springs, CA 92264

Sandra Castagnino
255 Chestnut Ridge Cir
Henderson, NV 89012

Ricardo Castagnino
255 Chestnut Ridge Cir
Henderson, NV 89012

Rosa Lizardi
13753 Shadow Ridge Dr
Chino Hills, CA 91709

Sara Bonthron
68 Temple Trl.
Palm Desert, CA 92211-4203

Rick McCoy
2595 Mono Circle
La Verne, CA 91750

Rosemary Freitas-Gordon
7662 159th Pl NE Apt 622
Redmond, WA 98052

SBA
Attn: Bankruptcy
409 3rd St., SW
Washington, DC 20416

Ricky Ratliff
9225 Amethyst Ave
Rancho Cucamonga, CA 91730

Rosemary Freitas-Gordon
24016 NE 25th St.
Sammamish, WA 98074

SBA Disaster Assistance
Attn: Bankruptcy
14925 Kingsport Rd.
Fort Worth, TX 76155

Risa Jean-Louis
9113 Crenshaw Blvd #4
Inglewood, CA 90305

Roy Humphreys
1614 Nausika Avenue
Rowland Heights, CA 91748

Scott Gordon
7662 159th Pl NE Apt 622
Redmond, WA 98052

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Ryan Andrew
1131 E. Flint St.
Chandler, AZ 85225

Scott Gordon
24016 NE 25th St
Sammamish, WA 98074

Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1328

State of California
Dept. of Fin'l Protection and Innovation
Attn: 2101 Arena Blvd.
Sacramento, CA 95834

Suzanne Tavares
80083 Bay Bridge Dr
Indio, CA 92201

Select Policy Group
2522 Chambers Rd. Suite 218
Tustin, CA 92780

Stephanie Andrew
254 East Leverenz Ave
San Tan Valley, AZ 85140

Syncb/Mathis Brothers
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Servicemac LLC
Attn: Bankruptcy
3296 Summit Ridge Pkwy
Duluth, GA 30096

Stephanie Andrew
8431 Classique Avenue #101
Las Vegas, NV 89178

Tammi Saucer
1633 W. 70th St.
Los Angeles, CA 90047

Sharon Erickson
10287 Southridge Dr
Rancho Cucamonga, CA 91737

Steve Miller
3582 Lehigh Cir
Corona, CA 92881

Tammi Saucer & Michael McDow
c/o Melinda Steuer, Esq.
1107 Second Street, Ste. 230
Sacramento, CA 95814

Sharon Laskin
76974 California Dr.
Palm Desert, CA 92211

Strategic Energy Assets
1303 W Walnut Hill Lane 305
Irving, TX 75038

Tammy Farber
1456 W Arrow Hwy
Upland, CA 91786

Shellpoint Mortgage Servicing
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603

Stuart Lippman and Associates
Attn: Bankruptcy
5447 East 5th Street #110
Tucson, AZ 85711

Tayne Law Group
Attn: Bankruptcy
135 Pinelawn Rd.
Suite 250N
Melville, NY 11747

Sherry Thomas-Magwood
1030 NW 182nd Street
Miami, FL 33169

Stuart-Lippman and Associates, Inc.
The Stuart Lippman Building
5447 East Fifth Street, Suite 110
Tucson, AZ 85711-2345

Teresa Akman
4077 Chaminade Ct.
Claremont, CA 91711

Silent Valley Club Inc.
Attn: Bankruptcy
46305 Poppet Flats Rd.
Banning, CA 92220

Sue Cook
79240 Violet Ct
La Quinta, CA 92253

Terry Fitzpatrick
799 Via Linda
Hemet, CA 92545

Simplicity Group
Attn: Bankruptcy
86 Summit Avenue, Suite 303
Summit, NJ 07901

Surge
Attn: Bankruptcy
PO Box 6812
Carol Stream, IL 60197-0702

The Financial Wealth Coach, Inc.
13000 S. Tryon St.
Suite F120
Charlotte, NC 28278

The University Club
Attn: Bankruptcy
750 B St., Suite 3400
San Diego, CA 92101

United States Attorney
227 West Trade Street
Carillon Bldg, Suite 1700
Charlotte, NC 28202-1675

William De La Rosa
8401 White Oak Ave
Suite 112
Rancho Cucamonga, CA 91730

Theresa Andrews
1263 Douglass Drive
Pomona, CA 91768

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

William Stoner
2341 Oxford
Claremont, CA 91711

Thomas Patterson, Sr.
1931 Pinecrest Dr.
Corona, CA 92882

Vertical Capital LLC
437 Madison Avenue, Sutie 19B
New York, NY 10022

Willie Ray
2181 Gale Ave
Long Beach, CA 90810

Tidewater Finance Company
Attn: Bankruptcy
PO Box 13306
Chesapeake, VA 23325

Vista Capital
Attn: Bankruptcy
2 Executive Boulevard, Suite 305
Suffern, NY 10901

Yaa Sefa-Boakye
13096 Le Parc Unit 73
Chino Hills, CA 91709

Truist Bank
PO Box 849
Wilson, NC 27894

Warner Law, LLC
Attn: George E. Warner, Jr
120 South Sixth St.
Suite 1515
Minneapolis, MN 55402

Zella Harrison
117 Tanglewood Trl
Palm Desert, CA 92211

Truist Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290
PO Box 85092
Richmond, VA 23286

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
PO Box 10335
Des Moines, IA 50306

Zurich American Life Insurance Co
1299 Zurich Way
Schaumburg, IL 60196

Turon Hughes
2015 Dersert Lime Ct
Redlands, CA 92374

Wells Fargo Small Business Lending
Attn: Bankruptcy
PO Box 29482
Phoenix, AZ 85038-8650

Zurich Life
Attn: Bankruptcy
1299 Zurch Way
IA 50000

U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

William Andrew
254 East Leverenz Ave
San Tan Valley, AZ 85140

U.S. Small Business Administration
South Carolina District Office
1835 Assembly Street, Suite 1425
Columbia, SC 29201

William Andrew
29467 N Candlewood Dr.
San Tan Valley, AZ 85143