

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 24−30644
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Craig Allen Ponder Sr.
7006 Olde Sycamore Dr.
Charlotte, NC 28227
Social Security No.: xxx−xx−7170

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Form 106 − Individual Summary of Schedules
    Schedules A−J
    Declaration Concerning Schedules
    Statement of Financial Affairs
    Form 8 (Statement of Intention)
    Fee Disclosure Statement
    Chapter 7 Statement of Income and Means Test

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: August 1, 2024                                                      Christine F. Winchester
                                                                                        Clerk of Court

Electronically filed and signed (8/1/24)